Aror Ark O'DIAH, Appellant

v.

UNITED STATES of America,
et al., Appellees.

No. 15–5244.

United States Court of Appeals,
District of Columbia Circuit.

Dec. 15, 2015.

Rehearing En Banc Denied Feb. 4, 2016.

Aror Ark O'Diah, Brooklyn, NY, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Defendant–Appellee.

BEFORE: TATEL and MILLETT, Circuit Judges, and GINSBURG, Senior Judge.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order, filed July 29, 2015,

be affirmed. The district court did not abuse its discretion by dismissing appellant's complaint without prejudice for failure to comply with Fed.R.Civ.P. 8(a), which requires "a short and plain statement of the claim showing that the pleader is entitled to relief," in order to "give the defendant fair notice of what the ... claim is and the grounds upon which it rests." *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 555, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007) (internal quotation marks omitted); *see also Ciralsky v. CIA,* 355 F.3d 661, 668 (D.C.Cir.2004). The dismissal without prejudice allows appellant to file a new complaint that complies with Rule 8(a).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.